IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRUCE O'NEAL BALVIN, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:17-cv-00414-O-BP |
| NANCY A. BERRYHILL,<br>**Acting Commissioner of the Social<br>Security Administration**, | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

As indicated in the Findings, Conclusions, and Recommendation, Plaintiff has the right to file a motion to reopen with a proper representative by legal counsel or by a party who may sue as Plaintiff's next friend, or by filing a request that the Court appoint a guardian ad litem to represent Plaintiff's interests on or before 30 days after the date of this Order.

Accordingly, Defendant's Motion to Dismiss (ECF No. 23) is **GRANTED**, and Plaintiff's claims are **DISMISSED** without prejudice.

**SO ORDERED** on this **22nd day** of **June, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE